IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE MARTINEZ, | No. C 07-1813 MMC (PR) |
| Petitioner, | **ORDER GRANTING PETITIONER'S FIRST REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE** |
| vs. | |
| BEN CURRY, | **(Docket No. 15)** |
| Respondent. | |

Good cause appearing, petitioner's request for an extension of time to file a traverse to the answer to the petition is hereby GRANTED. Petitioner shall file his traverse on or before **December 31, 2009**.

This order terminates Docket No. 15.

IT IS SO ORDERED.

DATED: November 23, 2009

MAXINE M. CHESNEY
United States District Judge