IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE MARTINEZ,

                                      No. CV-07-1813  MMC (PR)

        Petitioner,

  v.                           **JUDGMENT IN A CIVIL CASE**

BEN CURRY, Warden,

        Respondent.

_____/

    **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED T**he petition for a writ of habeas corpus is hereby DENIED. A certificate of appealability is hereby DENIED.

Dated: April 11, 2011                        Richard W. Wieking, Clerk

                                            *Tracy Lucero*

                                     By: Tracy Lucero
                                     Deputy Clerk